IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFONSO A HALL,

    Plaintiff,
v.                                                  CASE NO. 4:05-cv-00214-MP-EMT

JAMES V CROSBY,
et al.,

    Defendants.
_____/

**O R D E R**

      This matter is before the Court on Doc. 11, Report and Recommendations of the Magistrate Judge, recommending that Doc. 3, Plaintiff's motion for a preliminary injunction be denied. Objections to Report and Recommendation were due by December 16, 2005, but none were filed, although plaintiff did file an amended complaint. Plaintiff, who has epilepsy, claims that the defendant violated his constitutional rights by assigning him to work outside the prison in the "shotgun squad." He fears that he could be shot by a guard who mistook a seizure for a threat or escape attempt and also fears that he could be injured if he has a seizure and falls into dangerous machinery, such as lawn mover blades. After a seizure in 2004, plaintiff was reassigned to inside duty.

      Along with his complaint, which the magistrate judge ordered him to amend, the plaintiff filed a motion for preliminary injunction. The Court agrees with the Magistrate Judge, however, that Plaintiff has failed to establish that he will suffer irreparable injury if the injunction is not granted. Plaintiff has acknowledged that he is no longer assigned to the shotgun squad. Although he asserts that placement on the "inside grounds squad" is also dangerous, he has not established

*Page 2 of 2*

that his placement there will result in definite future injuries. Therefore, the motion for a preliminary injunction should be denied. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This motion for preliminary injunction is denied, and this matter remanded to the Magistrate Judge for further proceedings on the amended complaint.

**DONE AND ORDERED** this  *26th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge