IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFONSO A HALL,

    Plaintiff,
v.                                                      CASE NO. 4:05-cv-00214-MP-EMT

JAMES V CROSBY,
et al.,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice. The time for filing objections has passed, and none were filed. In fact, plaintiff did not respond to the Magistrate Judge's order requiring the filing of a second amended complaint and did not respond to a subsequent order to show cause. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED WITHOUT PREJUDICE, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *8th* day of September, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge